JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OSMOND FAHIE, | Case No. ED CV 17-2360-PSG (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| IRONWOOD STATE PRISON, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: 7/18/19

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE